UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NILES, PAUL
PLAINTIFF PRO SE,

― against ―

Acting Commissioner DAINEL F. MATTUCELLO,
Superint. ERNEST J. Lowerre, Sgt. Peirce (D.P.S., DELMAR)
Jon Doe [C.O.], Jon Doe [C.O.], Jon Doe [C.O.]
Jon Doe [C.O.], Jon Doe [C.O.], Lieut. J. WADE
Medical Technician [Nurse MELEINE]
Five Points C.F., DEFENDANTS, Individual
                        Suing in / CAPACITY(s)

23 CV 972 ― JLS
CASE No.

AMENDMENT
COMPLAINT
[PRISONER]
Do you WANT A JURY
trial? ☒ yes
            ☐ NO

42 U.S.C. § 1983

NOTICE

The Public Can Access electronic COURT Files for privacy AND SAFETY/
security reason(s) paper Filed with the COURT should therefore not
Contain: An individual(s) Full social security Number or Full birth date;
the Full NAME of the person Known to be a minor; or a complete
Financial Account Number, A Filing MAY include only: the last Four
digit(s) of Social security Number; the year of AN individual birth;
a minor(s) intial(s) AND the last four digit(s) of a Financial Account
Number, see. FED. R. Civ. Proc. 5.2

  1). LEGAL BASIS FOR CLAIM: EXCESSIVE FORCE, Unlawful
SEARCH AND SEIZURE IV. AMEND. (U.S.C. violation, CRUEL UNUSAL Punishment
8th AMEND. U.S.C. violation or deprivation OF U.S.C. AMEND. under
42 U.S.C. § 1983. [THIS CLAIM IS AGAINST DEFENDANT(S) A bove
STATE OFFICIAL(s) Individual CAPACITIES].

  II. PLAINTIFF INFORMATION: NILES , PAUL            17A4327
                             LAST NAME/ FIRST NAME  Middle  PRISON ID#
TEMPORARY Address: Five Points
CORRECTIONAL FACILITY,           N.Y. , Romulus      Zipcode
CORRECTIONAL FACILITY NAME      , STATE , County/ CITY  14541

  III. PRISONER STATUS
      ☒ Convicted & SENTENCE PRISONE [ON APPEAL Post-conviction
STAGE(S)]. ☒ PRE-trial Detainee

  IV. DEFENDANT(S) INFORMATION:
DEFENDANT 1: DAINEL f.        , Mattucello , Acting Commissioner
             FIRST & Middle NAME  LAST NAME   JOB Title

DEFENDANT 2: ERNEST , Lowerre , J   , Superintendent
             First NAME  LAST NAME  M.I    JOB Title

  DEFENDANT#1. Address: THE HARRIMAN STATE CAMPUS Bldg #9
      N.Y.S. DO.C.C.S., 12220 WASHINGTON Ave, Albany, N.Y., 12226
DEFENDANT #2. Address: Five Points C.F. [SAME Address As
PLAINTIFF].

DEFENDANT 3:

Pirece , Jon Doe    Jon Doe    Seargent
LAST NAME  FIRST NAME  Middle Init.    JOB Title

Address: [SAME Address AS PLAINTIFF]

DEFENDANT 4: Jon Doe        CORRECTIONAL OFFICER [C.O.]
              FIRST & LAST NAME    JOB TITLE

Address [SAME AS PLAINTIFF]

DEFENDANT 5: Jon Doe        CORRECTIONAL OFFICER [C.O.]
Address: [SAME AS PLAINTIFF]    JOB TITLE
                FIRST LAST NAME

DEFENDANT 6: Jon Doe    CORRECTIONAL OFFICER [C.O.]
Address: [SAME AS PLAINTIFF]    JOB Title
                FIRST LAST NAME

DEFENDANT 7: Jon Doe        CORRECTIONAL OFFICER [C.O.]
              First LASTNAME    JOB Title

Address: [SAME AS PLAINTIFF]

DEFENDANT 8: Jon Doe        CORRECTIONAL OFFICER [C.O.]
    Address: [SAME AS PLAINTIFF]    JOB Title
              First LASTNAME
DEFENDANT 9: J.  , WADE    CORRECTIONAL OFFICER [C.O.]
Address: [SAME FIRST NAME  LASTNAME    JOB Title
              AS PLAINTIFF]
DEFENDANT 10:            , Medical TECH / Nurse
        FIRST NAME    LASTNAME    JOB Title

Address: [SAME AS PLAINTIFF]

NILES, PAUL
PLAINTIFF PRO. SE;

-against-

Acting Commisioner DANIEL F. Martucello,
Superintendent, ERNEST J. Lowerre, Sgt. Pierce,
D.D.S. Delmar, Jon Doe [C.O.], Jon Doe [C.O.]
Jon Doe [C.O.], Jon Doe [C.O.], Jon Doe [C.O.],
Lieut J. Wade, Med. Tech/Nurse Meilene ].
Five Points C.F., Defendant(s), Suing in Individual
Capacitie(s);

CV
CASE No.

AMENDMENT
Complaint

CASE LAW(S)
Supporting STATEMENT
of FACT(S)/CLAIM
42 U.S.C. § 1983

CASE LAW(S):        STATEMENT OF CLAIM Section IV CONTINUED..
Supporting Plaintiff in Above Caption, Statement claimed right to Refuse
to submitting to war-Nt/warrantless DNA sampling; IN Glover court,
They Held; "However, in most circumstance(s), their is a constitutional
Right to refuse to submit to warrantless DNA sampling"; See; [STATE V.
Glover, S.ct., Jud. Ct. of MAINE, Mar. 27th, 2014, 89 A.3d, 1077,] Citing;
[Schecloth v. Bustamonte, 412, U.S, 218, 228, 93 S ct., 2041, 36 L.ed.
2d 854 [1973]]. To support claim of Nurse [DEFENDANT] violating Plaintiff
4th IV. Amend. U.S.C. And defendant(s) consipiring And Aiding Nurse to
Extract Plaintiff blood; See; PEARSON Court ruled, For example; "Court ORDER
to extract blood From defendant was not "Equivalent" of a "WARRANT";
And thus, SEARCH was taking blood sample was unreasonable and violated
IV. Amend. U.S.C.; Citing; [State v. PEARSON, Ct. of App. of OHIO, 3rd
dist. Seneca County, Oct. 4, 1996, 114 ohio App., 3d 168, 682 N. E. 2d.
1086]; Citing; [City of Indianapolis v. Edmund, U.S., S.CT., Ruling
drug interdiction check point(s), were in violation of the IV Amend.
U.S.C., Nov. 28th 2000, 531 U.S. 32; 121 S. CT. 447, 148 L.Ed 2d 333].
CASE LAW(S); Supporting Plaintiff Above, Excessive Claim Against
Defendant(s), excessive use of Physical force, Inc. Evert v. North, For
Example; U.S. 3rd. Cir., Held; "Where Prisoner wasn't/was not Acting
violently while being in restraint chair simply refusing to open Fist
And No evidence showing prisoner suffered serious injury under
use of Excessive Physical Force constituted cruel And unusal punishment"
citing; [Hudson v. McMillian, U.S., S.CT.; FEB 25, 1992, 503 U.S., 112 S.CT
995, 117 LEd. 2d 156, 60 USLW 4151]. See Also; Plaintiff [SANDERS V. City
of NEW YORK, U.S., DIST. CT. S.D. NY, May 11th 2015; Court DISMISSING
Defendant(s) summary Judgment And Granting Plaintiff Excessive
Force claim]. Futhermore, Title 34 U.S.C. § 12592(z)(b)(a); State
shall Promptly Expunge DNA of person included in state dna index
system (d) if (b) A court order is Not "FINAL", IF time REMAINS

For an Appeal, for example [like Plaintiff case Here]. The plaintiff is being or currently "kidnapped", by the state, the plaintiff, has notified, the F.B.I. About, conviction resulting, from fraud, Mis-rep. of DNA Evid. Linking Plaintiff to crime, inter-alia; Perjured witnesses Mis-identification, proving their wasn't "reasonableness for Arrest" which makes, it clear that plaintiff is currently kidnapped and being tortured by State offical(s). Futher, plaintiff, trial defense counsel/representive Failed to [Motion in Arrest of Judgement] or impeach witnesses demonstrating ineffectiveness. As, of know the Plaintiff is at Federal stage(s) or Appeal, but is being interfered by filing do to Marcy C.F. RMHU, Trashing All Legal document/documents) that, Plaintiff need to sucessfully challenge unlaful conviction.

Therefore, I Respectfully Request this so Court to Take Jurisdiction over this Civil Action Declaring an Injuction Relif, Demanding Plaintiff Release from State Custody on Device Monitoring at Home Confinment.

# V. STATEMENT OF CLAIM

PLACE OF OCCURANCE : DOORM DAY ROOM, MENTAL HEALTH Unit                                              *AREA*                     *LOCATION*
FLOOR, A BLOCK/ICP CELL #03 [PLAINTIFF CELL][WAS TAKEN FROM]
Five Points Correctional Facility, Romulus, N.Y., P.O. Box 119   *T.ME*
DATE OF OCCURENCE : August 30th, 2023, Tour 2 shift, Approx 11 am

FACT(S): ON 08/29/23/. Sgt. Pierce/Peirce, informed, NILES,
(Plaintiff) that "You have to Comply AND Provide dna sample
(buccal swab & Finger Print(s)) COURT ORDER, NILES, told Sgt.
Pierce "I HAVE' the Right to Refuse AND object to submitting
to your [Request under N.Y.S. U.S. 2nd Cir. Court Ruling   *DNA SAMPLE*
IN re. to [Nicholas v. GOORD, 430, F3d, 652 NO. 28, 2005],   *IMPLICATE(S)*
that N.Y. STATE DNA INDEX SYSTEM [violate(s)] AN INMATE
IV. AMEND. U.S.C. Right(s), AND that U.S. Supreme Ct. Ruled
that if their is not AN individualized reasonable
suspicion, proable cause, or without consent [by Person
subjected to provide sample] This would violate IV. AMEND. USC.
Right, NILES, told Sgt. Pierce "I challenged Falsified DNA
MIS-INFormation on pending PostConviction M 440.10 NYCPL
motion to vacate conviction"; NILES told Sgt. Pierce "I AM
Challenging the Fact that the prosecutor Mis-INformed Court
AND jury trial that An Profile/DNA Profile of ME WAS
Able IN N.Y. State, AND LOCAL DNA index system, AND that DNA
On Aqua-Fina water bottle I NEVER drank from the Prosecutor
Claim From Mayor OFFICE Claimed ALERTED THEM WHICH LINK    *AND*
ME too crime Wrongfully due to Fact I Nvever was IN ANY
DNA index system Nor was my dna on water bottle to
Match DNA ON RAPE Kit or Match buccal swab trial
COURT tried too take from ME year Later After crime.
Sgt. Pierce he would talk to his Supervisor(s), but the
Excessive Force will take place, On NILES, told Sgt. Pierce
"I grieved About this matter AND still awaiting for Matter
to be Resolve." Sgt. P. stated "Excessive Force will still take
place, AND Fear(s)" HE will lose his job or be demoted/
Lower Ranked if I dont do My job order-ed by Supervisor(s)
ON, August 30th, 2023, At the Above Place AND DATE OF
Occurence. The Excessive Force took PLACE, NILES WAS
Confronted by Sgt. P. After ICP/A Block/CELL 03 open/ NILES
WAS IN Fear AND told Sgt. P. "I still REFUSE, AND HAVE
Constitutional Right tog After Sgt. P. stated, Request For DNA.

NILES, WAS ENFORCED BY LIEUT. J. WADE AND Sgt. PIERCE THAT DEFENDANT(S) THEIR "SUPERVISOR(S) SUPERINT. ERNEST, J. LOWEREE, AND ACTING COMMISSIONER DANIEL F. MARTUCELLO ORDERED WRONGFUL ACT(S). NILES, EXPLAINED TO LIEUT. J. WADE AND Sgt. P. AGAIN FOR LAWFUL AND REASONABLE RIGHT TO REFUSE, Sgt. P., ORDERED NILES "EXIT CELL", DIRECTING NILES TO MENTAL HEALTH UNIT DOORM DAY ROOM AREA. THE FOLLOWING JON DOE(S) [C.O.(S)] AFTER Sgt. P. ASK NILES to PROVIDE DNA SAMPLE AND FINGER-PRINT(S), NILES AGAIN STATED WHY HE REFUSE AS MENTIONED IN THIS CLAIM; Sgt. P. ORDERED FOLLOWING; JON DOE(S) [C.O.(S)] TOO "REMOVE NILES FROM WHEELCHAIR, PLACE NILES IN RESTRAINT CHAIR AND STRAP/OR HAND-CUFF AND MECHANICAL RESTRAIN HIS ANKLES AND STRAP NILES INTO CH/RESTRAINT CHAIR." [UNDER LIEUT. J., WADE SUPERVISON]. NILES, REPEATEDLY ASSERTED; "I DONT CONSENT TOO EXCESSIVE FORCE TO PROVIDE DNA SAMPLE OR FINGERPRINTS, NILES SQUEEZED HIS HANDS CLOSED TIGHT, Sgt. PIERCE, BENT NILES FINGER/INDEX RIGHT FINGER BACKWARD(S) DELIBERATELY" TO CAUSE PAIN FOR TO FORCE NILES TO SUBMIT SELF-INCRIMINATE, AND VIOLATE HIS 4TH AMEND. PROTECTED U.S.C. RIGHTS IN ORDER TO GET A OBTAIN NILES GENITIC MATERIAL AGAINST WILL, NILES PROTESTED FOR PAIN THROUGHTOUT EXCESSIVE FORCE ON BOTH HAND(S) OR INDEX FINGER(S) WHILE RESTRAINT EXCESSIVELY TIGHT BY RESTRAINT CHAIR AN JON DOE(S) DELIBERATE PHYSICAL RESTRAINTS AN BENDING OF WRIST. NILES CONTIUED TO PROTEST HIS LAWFUL AND REASONABLE RIGHT(S) TO REFUSE AS MENTIONED IN THIS CLAIM HEREIN, BUT, Sgt. P. INSTRUCTED THE NURSE/ MEDICAL TECH, DELIBERATELY TOO "PICK WHATEVER FINGER YOU WANT TOO GET BLOOD FROM"; NILES BEG FOR PAIN/OR PROTESTED PAIN IN FINGER(S) WHILE Sgt. PIERCE BENT FINGER BACK FOR NURSE TOO DELIBERATLY STAB TOO OBTAIN NILES, BLOOD WITHOUT CONSENT 2O CONCEAL OR HELP N.Y. COUNTY PROSECUTOR, A.D.A. WIMMER AND TRIAL COURT JUDGE CARRO, GREGORY CONCEAL FALSIFIED DNA INFOMATION, DEVELOPED MANUALLY AGAINST ME TOO CONCEAL WRONSFULLY LINKING ME TO RAPE CRIME FOR REASON WHY PLAINTIFF IS IN STATE CUSTODY [N.Y-S. D.O.CC-S] Sgt. P. INFORMED NILES, "I WILL HAVE TO WRITE YOU A TICKET AND YOU CAN REQUEST FOR VIDEO DIGITAL TAPE, YOU MAY GO BACK TO YOUR CELL". [THAT(S) ALL I THE PLAINTIFF CAN RECALL AT THIS TIME?].

<u>INJURIES</u>: PLAINTIFF WAS DENIED MEDICAL ATTENTION BY NURSE [DEFENDANT] INVOLVED IN WRONGFUL ACTION. PLAINTIFF HAS BEEN SUFFERING WITH PSHYCOLOGICAL TORTURE, MENTAL ANGUISH NIGHTMARE(S), PARONIAA, UNABLE TO SLEEP, FLASHBACKS, EXTREEM DEPRESSION, HELPLESS, NERVE PHYSICAL & MENTAL PAIN, IMPAIRED BREATHING.

VI. RELIEF: WHAT MONEY DAMAGE(S) do you WANT?
$ 1.500,000.00 / ONE MILLION - FIVE HUNDRED thousand - ZERO
dollar(s) - AND zero CENT(s) For pain AND suffering deprivation
of Const. Right(s)., Future Health Issues, MENTAL DAMAGES

What Relief you WANT court order? An declaratory
Judgement to expunge me out state DNA INDEX SYSTEM
AND DESTROY ANY AND ALL DNA SAMPLE AND FINGER
Prints retrieved From PLAINTIFF [NILES, PAUL] under
state of N.Y.

What other Relief would you WANT this court TO
order? AN Federal INVESTIGATION confirming I AM
NILES, PAUL is wrongfully and unlawfully incarcerated
AND order AN immediate Release, From N.Y.S.
D.O.C.C.S. Custody. / DECLARATORY JUDGMENT order N.Y.S.
D.O.C.C.S. To REFRAIN FROM wrongful UNLAWFUL Actions
Against plaintiff AND Transfer plaintiff to another
Facility closer to Hometown or Queens bourough C.F. until
Realease by this court pending LAWFUL investigation, in re.
UNLAWFUL iNCARCERATION.

VII. PLAINTIFF(s) CERTIFICATION AND WARNING(s)

By signing below, I certify to the best of my knowledge,
INFORMATION AND belief that : (i) the complaint is not being
presented for AN improper purpose (such As to harras, cause
unessary delay, or needlessy increase the cost of litigation); (2) the
claim is supported by exsisting law or by A NON-frjvolus
Arguement to change exsysting law; (3) the FACTUAL Evidentary
contentionc(s) have evidentiary support or if specifically so identified,
will likely have evidentiary support after a resonable opportunity
for futher investigation or discovery; AND (4) the complaint other-
wise, complies with requirement(s) of FED. R. Civ. Proc. 11, I
understand that if I File three or More case(s) while I AM A
prisoner that are dismissed As Frivolus, Malicious or for failure
to state A claim, I MAY BE denied iN forma Pauperis STATUS
iN future case(s). I Also understand that prisoner(s) MUST exhaust
Administrative Procedures before fyling AN Action iN FEDERAL Court
About Prison Conditionc(s) 42 U.S.C. § 1997e [A] AND THAT MAY CASE MAY
be dismissed if I have Not exhausted my Administrative Remidies As
Required. I Agree to provide the Clerk OFFICE with ANY CHANGE of
PRISON Address I AM AT. FAILURE TO KEEP MY CURRENT ADDRESS ON FILE

the ClerK(s) office may Result in the dismissal of my CASE.
EACh PLAINTIFF MUST SIgN AND DATE THE Complaint.

DATED: September ___, 20 23
NAME OF PLAINTIFF: NILES, PAUL
                    LAST & FIRST NAME
Current PRISON Address:
Five Points Correctional
Facility, Romulus, N.Y., P.O. Box 119
        DATE ON WHICH I AM
DELIVERING this Complaint to
Prison Authoritiec(s) for MAILING:
        DATED: SEPTEMBER, ___, 20 23

Regular Signature
NILES, PAUL
PLAINTIFF, Signature,
PRO SE,
PRISON ID#: 17A4327
S.Ct.Crim.N.Y.County
[NOTE] Ind.#
2941-2015
in re. to UNlAW
UNlawful
Incarceration

SWORN to before
ME ON this 6th day of
SEPTEMBER, 20 23

ANTHONY REISH JR.
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Ontario County
01RE6216973

NOTARY   PUBLIC   SERVICE

```
08/31/2023            NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE   1
DCP004                SUPERINTENDENT  HEARING DISPOSITION RENDERED
```

FIVE PT RMHU                                TAPE NUMBER  D-7

DIN: 17A4327 NAME: NILES, PAUL T                    LOCATION: FIVE PTS IC
                                      SHU CELL INELIGIBLE
INCIDENT DATE & TIME:        08/30/2023   11:50 AM    TIER 3

REVIEW DATE:                 08/31/2023      BY:  LT   TUCCILLO, T R

DELIVERY DATE & TIME:        9 / 1 / 23  11:40 am BY:   CO  Cooke

HEARING START DATE & TIME:   9 / 8 / 23  10:00 AM BY:  D. Martin

HEARING END DATE & TIME:     9 / 8 / 23  11:00 AM BY:  D Martin

WAS THERE NEED FOR A FORMAL MENTAL HEALTH/INTELLECTUAL CAPACITY ASSESSMENT? Y / (N)

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 107.10 | INTERFERENCE WITH EMPLOYEE | SGT  PIERCE, J J | Guilty |
| 106.10 | REFUSING DIRECT ORDER | | Guilty |
| 106.11 | DNA REFUSAL | | Guilty |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE
AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE I/I.
SANCTION DATES BELOW ARE SUBJECT TO REVIEW/CHANGE, AND WILL BE CONSECUTIVELY ADDED TO
ANY SIMILAR CURRENT SANCTION.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| DCCO | Loss Rec. | 10 | 9-8-23 | 9-18-23 | | | |
| ECCO | " Privs. | 10 | 9-8-23 | 9-18-23 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

08/31/2023   NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION  PAGE 2
DCP004     <u>FIVE PT RMHU</u> CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327 NAME: NILES, PAUL T      HEARING DATE: 9-8-23
              SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023    TIME: 11:50 AM   TIER: 3

A. <u>STATEMENT OF EVIDENCE RELIED UPON</u>:

The misbehavior report by Sgt. Pierce
stating that I/T Niles refused to submit
to an DNA test.
I/T Niel objected to the process that
it was his constitutional right to
refuse to give an DNA sample.
I/T Niel would only speak to me
off the record with CO Brown as a
witness.
Co Brown confirmed his pleas.
of guilty on all violations
DNA testmony was taken on I/T Niles
mental stability

08/31/2023          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    3
DCP004                  <u>FIVE PT RMHU</u>  CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327  NAME: NILES, PAUL T
                                                    HEARING DATE: _____
                                      SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023          TIME: 11:50 AM          TIER: 3

B. <u>SPECIAL CONSIDERATIONS:</u>

1. IF AT ISSUE, HEARING OFFICER CONSIDERED I/I'S    MENTAL HEALTH AS FOLLOWS:

Based on the testimony of OMH staff, my
observations at the hearing, I find that you
were capable of understanding. Your mental
health was not a factor.

2. IF AT ISSUE, I/I'S INTELLECTUAL CAPACITY/SPECIAL    EDUCATION STATUS
   AS FOLLOWS:

NA

C. <u>ANY OTHER INDIVIDUAL MITIGATING OR AGGRAVATING CIRCUMSTANCES WERE CONSIDERED AS</u>
   <u>FOLLOWS</u>(include how they weigh in favor of a less severe or more severe sanction):

NA

08/31/2023          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    4
DCP004                  <u>FIVE PT RMHU</u>  CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327   NAME: NILES, PAUL T                      HEARING DATE: 9-8-23
                                    SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023          TIME: 11:50 AM        TIER: 3

D. <u>REASONS FOR DISPOSITION:</u>

*Refusing a direct order is against facility rules.*

E. <u>SUPPLEMENTAL DATA ENTRY</u>

  1. IF FOUND GUILTY OF ASSAULT          (100.10; 100.11; 100.12):
     WAS WEAPON USED?         _N_ (Y/N)  WHAT TYPE?      ___
     DID AN INJURY OCCUR?     ___ (Y/N)  SEVERITY (1-4)?  ___

  2. IF FOUND GUILTY OF A SEX OFFENSE (101.10):
     CHOOSE ONE: _ FORCE/ATT FORCE      _ ENCOURAGE/SOLICIT    _ CONSENSUAL

  3. IF FOUND GUILTY OF THREATS (102.10):
     CHOOSE ONE: _ NON-VIOLENT          _ VIOLENT

  4. IF FOUND GUILTY OF VIOLENT CONDUCT (104.11):
     CHOOSE ONE:                        _ THREAT OF VIOLENCE  _ ACT OF VIOLENCE

  5. IF FOUND GUILTY OF DEMONSTRATION (104.12):
     CHOOSE ONE: _ LEAD/ORGANIZED       _ PARTICIPATED

  6. IF FOUND GUILTY OF INTERFERENCE (107.10):
     CHOOSE ONE: _ PHYSICAL             _ VERBAL

  7. IF FOUND GUILTY OF DRUG POSSESSION (113.25)
     CHOOSE ONE: _ POSSESSION ONLY      _ MAKE/DISTRIBUTE/SELL/EXCHANGE

08/31/2023          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    6
DCP004                    FIVE PT RMHU  CORRECTIONAL FACILITY

### SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327   NAME: NILES, PAUL T                    HEARING DATE: 9-8-23
                                        SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023          TIME: 11:50 AM          TIER: 3

G. PURPOSE(S) OF CONFINEMENT SANCTION IMPOSED (IF ANY) - SET FORTH ALL THAT APPLY:

1. INCAPACITATION(Include the specific behaviors that posed a threat to the safety
                  of staff or other incarcerated individuals):

NA

2. DETERRENCE:

NA

3. FAIRNESS:

NA

08/31/2023          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE   7
DCP004                   <u>FIVE PT RMHU</u>  CORRECTIONAL FACILITY

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327  NAME: NILES, PAUL T                    HEARING DATE: 9-8-23
                                         SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023          TIME: 11:50 AM       TIER: 3

H. <u>REASON(S) FOR A CONFINEMENT SANCTION IMPOSED (IF ANY)      WHERE I/I IS UNDER</u>
   <u>PRIOR CONFINEMENT OR IN A SHU-ALTERNATIVE PROGRAM</u> (Must have a guilty determination
   of an offense listed in section 1 and clearly articulated in section 2 and/or 3
   to impose a confinement sanction on an I/I already serving a confinement sanction):

1. THE I/I IS FOUND GUILTY OF ONE OR MORE SERIOUS    OFFENSES AS FOLLOWS:
   ___ PENAL LAW OFFENSE    ___ SEX OFFENSE
   ___ ASSAULT ON I/I       ___ FORCIBLE TOUCHING    ___ ESCAPE ITEMS
   ___ ASSAULT ON STAFF     ___ STALKING             ___ POSSESSION EMPLOYEE PROPERTY
   ___ ASSAULT ON OTHER     ___ THREATS              ___ SMUGGLING
   ___ RIOTING
   ___ ESCAPE               ___ VIOLENT CONDUCT      ___ EXPLOSIVES
   ___ WEAPON               ___ DEMONSTRATION        ___ ARSON
   ___ FIGHTING             ___ GANGS                ___ UNHYGIENIC ACT

2. THE ACT(S) OF MISBEHAVIOR DEMONSTRATE A THREAT TO SAFETY AS FOLLOWS:
   NA
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

3. THE I/I HAS ENGAGED IN THE FOLLOWING REPEATED ACTS OF   DISRUPTIVE MISBEHAVIOR
   DESPITE PRIOR ALTERNATIVE INTERVENTIONS AS SET FORTH BELOW:
   NA
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

08/31/2023          NYS DEPT OF CORRECTIONS & COMMUNITY SUPERVISION          PAGE    8
DCP004                 <u>FIVE PT RMHU</u>  CORRECTIONAL FACILITY                              X

SUPERINTENDENT HEARING DISPOSITION RENDERED

DIN: 17A4327   NAME: NILES, PAUL T                    HEARING DATE: 9-8-23
                                          SHU CELL INELIGIBLE

INCIDENT DATE: 08/30/2023          TIME: 11:50 AM          TIER: 3

I.  <u>REASON(S) FOR INVOKING REMAINING CONFINEMENT          SANCTIONS SUSPENDED UPON AN
    I/I'S SUCCESSFUL COMPLETION OF A SHU-ALTERNATIVE PROGRAM</u>  (Must have a guilty
    determination of an offense listed in section 1 and clearly articulated in
    section 2 to impose the SUSPENDED SHU confinement sanction after successful
    completion of a SHU-alternative program):

1. THE I/I COMMITTED A SERIOUS ACT OF MISBEHAVIOR AS SET        FORTH BELOW:

___ PENAL LAW OFFENSE       ___ SEX OFFENSE
___ ASSAULT ON I/I          ___ FORCIBLE TOUCHING       ___ ESCAPE ITEMS
___ ASSAULT ON STAFF        ___ STALKING                ___ POSSESSION EMPLOYEE PROPERTY
___ ASSAULT ON OTHER        ___ THREATS                 ___ SMUGGLING
___ RIOTING
___ ESCAPE                  ___ VIOLENT CONDUCT          ___ EXPLOSIVES
___ WEAPON                  ___ DEMONSTRATION            ___ ARSON
___ FIGHTING                ___ GANGS                   ___ UNHYGIENIC ACT

2. THE I/I COMMITTED THE SAME OR SIMILAR VIOLATION AS        THAT LEADING TO THE
   SUSPENDED SANCTION AS SET FORTH BELOW:

NA
_____

_____

_____

_____

_____

J.  <u>SPECIAL INSTRUCTION ON VISITATION OR CORRESPONDENCE RESTRICTIONS, REFERRALS OR
    SPECIAL EVENT LOSS:</u>

NA
_____

_____

_____

_____

_____

------------------------------------------------------------------------------

YOU HAVE THE RIGHT TO APPEAL THIS TIER III DISPOSITION BY SENDING YOUR APPEAL TO THE
COMMISSIONER'S OFFICE WITHIN 30 DAYS OF YOUR RECEIPT OF SUCH DISPOSITION:

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 9-8-23   11:00 AM
D. Marten         / would not s. M.P. /   9-8-23
_____
HEARING OFFICER SIGNATURE   I/I SIGNATURE                DATE & TIME RECEIVED


***SUCCESSFUL PRINT COMPLETION***

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## <u>WITNESS INTERVIEW NOTICE</u> (For Superintendent's & Disciplinary Hearings)

_Five Points_ Correctional Facility

_Niles_     _17A4327_
**Inmate Name** (Print)       DIN

An inmate may call witnesses on his or her behalf provided their testimony is material, is not redundant, and doing so does not jeopardize institutional safety or correctional goals.

If permission to call a witness is denied, or if a requested witness testifies outside the presence of the inmate charged and/or if the inmate is not permitted to review the testimony of a witness, the reason for such determination must be recorded on this form and copies given to the inmate by the hearing officer and included in the hearing record.

Reference: Directive #4932, Sections 253.5 and 254.5.

_MHU Staff_
**Requested witness:**

- [ ] Permission to call the requested witness is denied.
- [x] Requested witness will testify outside inmate's presence.
- [ ] Inmate is not permitted to review requested witness's testimony.

Date: _9/8/23_   Explanation: _Confidential testimony_
_concerning II Niles mental capacity._
_____
_____
_____

*********************************************************************************************

_____
**Requested witness:**

- [ ] Permission to call the requested witness is denied.
- [ ] Requested witness will testify outside inmate's presence.
- [ ] Inmate is not permitted to review requested witness's testimony.

Date: _____ Explanation: _____
_____
_____
_____
_____

*********************************************************************************************

_____
**Requested witness:**

- [ ] Permission to call the requested witness is denied.
- [ ] Requested witness will testify outside inmate's presence.
- [ ] Inmate is not permitted to review requested witness's testimony.

Date: _____ Explanation: _____
_____
_____
_____
_____

*********************************************************************************************

**Signature** _O. Martin_   X _MD_    _17A4327_   _9-8-23_
     Hearing Officer        Inmate        DIN     Date Received

Distribution: Original - Hearing Record    Copy - Inmate

FORM 2176 (9/11)

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

DANIEL F. MARTUSCELLO III
ACTING COMMISSIONER


TO: NILES, PAUL T                    , 17A4327
        RAPE 1ST                     17A4327

RE: NOTICE TO UNDER CUSTODY INMATES WHO
        ARE REQUIRED TO PROVIDE A DNA SAMPLE
_____

THE LAW ON DNA WAS FIRST ENACTED IN 1994. A PERSON'S DNA, LIKE HIS OR HER FINGERPRINTS, IS UNIQUE. DNA TECHNOLOGY HAS BEEN USED BOTH TO HELP SOLVE CRIMES AND TO FREE INNOCENT INDIVIDUALS WHO HAVE BEEN MISTAKENLY ACCUSED OR CONVICTED OF A CRIME.

IN 1999, THE LEGISLATURE CHANGED THE LAW ON DNA WITH REGARD TO THE CRIMES FOR WHICH INMATES WILL BE REQUIRED TO PROVIDE A DNA SAMPLE. THE ORIGINAL LAW ON DNA WAS FIRST APPLIED TO THOSE INMATES WHO CAME TO PRISON ON OR AFTER JANUARY 1, 1996, CONVICTED OF CERTAIN CRIMES, CONSISTING OF ASSAULT, HOMICIDE, SEX OFFENSES, INCEST, ESCAPE, AND ABSCONDING.

THE FIRST CHANGE IN THE LAW, WHICH WAS ENACTED IN 1999, EXPANDED THIS LIST TO INCLUDE ANY VIOLENT FELONY AND NUMEROUS OTHER SERIOUS CRIMES. IN 2004, THE LAW WAS EXPANDED TO INCLUDE VARIOUS OTHER CRIMES. IN 2006, THE LAW WAS EXPANDED TO ALSO INCLUDE ALL PENAL LAW FELONY CONVICTIONS AS WELL AS 34 OTHER SERIOUS MISDEMEANORS. A COPY OF THE LAW IS AVAILABLE IN THE LAW LIBRARY.

THE TAKING OF A DNA SAMPLE IS SIMILAR TO THE REQUIREMENT THAT THE DEPARTMENT TAKE AN INMATE'S FINGERPRINTS WHEN HE OR SHE FIRST ENTERS THE SYSTEM. THIS IS CONTAINED IN CORRECTION LAW SECTION 618.

YOU HAVE BEEN BROUGHT TO THE FACILITY INFIRMARY TODAY BECAUSE THE LAW REQUIRES THAT A DNA SAMPLE BE OBTAINED FROM YOU. EITHER, A SAMPLE SHOULD HAVE BEEN, BUT WASN'T OBTAINED FROM YOU WHEN YOU FIRST ENTERED THE SYSTEM; OR, A SAMPLE IS NOW REQUIRED BECAUSE YOU ARE SERVING A SENTENCE COVERED BY THE RECENT CHANGE IN THE LAW. IN EITHER CASE, THIS NOTICE SHALL SERVE AS THE LEGAL EQUIVALENT OF A DIRECT ORDER TO YOU TO COOPERATE IN THE TAKING OF A DNA SAMPLE.

IF YOU DO NOT COMPLY WITH THIS ORDER, YOU WILL BE SUBJECT TO DISCIPLINE FOR THE FAILURE TO OBEY A DIRECT ORDER AND IF FOUND GUILTY, YOU MAY RECEIVE A PENALTY THAT WILL POSSIBLY INCLUDE: A RECOMMENDED LOSS OF GOOD TIME, KEEPLOCK CONFINEMENT, PLACEMENT IN A SPECIAL HOUSING UNIT, AND/OR LOSS OF CERTAIN PRIVILEGES. IN ADDITION, YOUR SCHEDULED RELEASE DATE FROM PRISON MAY BE CHANGED IF YOU DO NOT COOPERATE IN THIS PROCEDURE. LASTLY, IF YOU DO NOT COOPERATE, THE DEPARTMENT DOES HAVE THE LEGAL AUTHORITY TO USE FORCE IN ORDER TO OBTAIN A DNA SAMPLE.

THE TAKING OF A DNA SAMPLE INVOLVES A SIMILAR PROCEDURE TO THE ONE THAT WAS USED ON YOU WHEN YOU FIRST ENTERED THE SYSTEM AND A BLOOD SAMPLE WAS TAKEN FROM YOUR ARM BY MEDICAL PERSONNEL. THE DEPARTMENT HAS ARRANGED FOR QUALIFIED MEDICAL TECHNICIANS TO WITHDRAW FROM YOUR ARM A SMALL BLOOD SAMPLE OR BUCCAL SWAB FROM YOUR MOUTH THAT WILL MEET THE REQUIREMENTS OF THE LAW. NOW THAT YOU HAVE BEEN ADVISED OF THE REQUIREMENTS OF THE DNA LAW, THE MEDICAL TECHNICIAN WILL PROCEED TO TAKE YOUR SAMPLE.

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES

## Five Points Correctional Facility

### INCARCERATED INDIVIDUAL MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL INDIVIDUO ENCARCELADO

| 1. NAME OF INCARCERATED INDIVIDUAL (Last, First) ♦ NOMBRE DEL INDIVIDUO ENCARCELADO (Apellido, Nombre) | NO. • NUM | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Niles, Paul | 17A4327 | ICP-A-003 |

| 2 LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
|---|---|---|
| MHU Dorm | August 30, 2023 | 11:50 AM  Approximately |

3 RULE VIOLATION(S) ♦ VIOLACION:ES

106.10 - DIRECT ORDER

106.11 - DNA REFUSAL

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCION DEL INCIDENTE

I was directed to order incarcerated individual Niles 17A4327 to produce a DNA sample. I gave incarcerated individual multiple direct orders to produce a sample and have fingerprints completed. Incarcerated individual refused, Superintendent Lowerre authorized use of force to complete the test.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ REPORTADO POR | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 08/31/23 | J. Pierce | | Sgt |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)          SIGNATURES

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)          FIRMAS:  1

2                                          3

**NOTE:  Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INCARCERATED INDIVIDU: 9-1-23  1140 am     NAME AND TITLE OF SERVER   CO Cooke

FECHA HORA DADO AL INDIVIDUO ENCARCELADO          NOMBRE Y TITULO DEL QUE ENTREGA

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaracion hecha por usted como respuesta al crgoo informacion derivada de ella en una demanda criminal.

### NOTICE ♦ AVISO

REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un cargo formal el cual se considerara y determinara en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardized institutional safety or correctional goals. ♦ Se le permitira al recluso llamar testigos con tal de que al hacerlo no pondra en peligro la seguridad de la institucion o los objetivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si esta restringido pendiente a una audiencia por este informe de mal comportamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaracion acerca de la necesidad de continuar bajo confinamiento , previo a la audiencia.

Distribution:  WHITE - Disciplinary Office   CANARY - I/I (After review) ♦ Distribucion:  BLANCA - Oficinia Discipliaria   AMARILLA - Recluso (despues de la resion)



**Corrections and
Community Supervision**

**KATHY HOCHUL**
Governor

**DANIEL F. MARTUSCELLO III**
Acting Commissioner

September 7, 2023

Niles, Paul (17A4327)
IC-0A-003

Re:    **FOIL Log No. FPT-0465-23**

This is in response to your New York State Freedom of Information Law request for Use of Force digital video recordings from August 30, 2023, from 11am-12pm.

The requested documents are exempt pursuant to Public Officers Law §87(2) (g)(where records are inter-agency or intra-agency materials which are not statistical or factual tabulations, or external audits).

Sincerely,

S. Warne
OA2
IRC

CC:    FOIL Records

If you do not receive a response or delay notification by the date specified, you may appeal by writing the Office of the Counsel & FOIL Appeals Officer, NYS Department of Corrections and Community Supervision, The Harriman State Campus, 1220 Washington Avenue, Albany, New York, 12226-2050.

In appeal correspondence, please clearly note your name, DIN number, facility from which records were requested, and the FOIL Log Number provided.

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

SICK CALL REQUEST FORM

NAME: NILES, PAUL

CELL LOCATION: MHU/ICP/0A/03

DATE: Sept. 11, 23

DIN#: 17A4327

☒ Do you REQUEST to be seen AT SICK CALL?

REASON FOR SICK CALL? Extreem Pricking, Aching
FINGER NERVE PAIN, Paralyzing HAND, Trouble
Breathing, chest PAIN, Dizziness, Artritis


☒ OTHER: REQUEST PAIN Medication Ibuprofien
Not working for ME, I REQUEST PHYSHICAL THERAPY
For PAIN IN finger Hands AND Wrist –

STATE OF NEW YORK
DEpartment of Corrections and Community Supervsion

Sick CALL REQUEST FORM

DATE: Aug 31ST 2 3

NAME: NILES, ___ P.        DIN#: 1 F A 4 3 2 2

Cell : MHU/ICP-0A-60
Locations 003CELL

DO YOU
☑ REQUEST to be seen        [Pain kins]
At SICKCALL?        Between [Ache___]
                    [pain in fingers, Hants,
Wrist, Trouble breathing, chest pain, dizziness, Arthritis

☒ OTHER
     Therapy for pain in fingers & wrist
     HAND.

316D(5)(d)

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION

## SICK CALL REQUEST FORM

NAME: NILES, PAUL                    DATE: SEPT. 08 23
CELL LOCATION: MHU/ICP/OA103    DIN#: 17A4327

DO YOU REQUEST

☒ Request to be seen! At SICK CALL
REASON FOR SICK CALL? Extreem Pricking, Aching,
FINGER NERVE PAIN, Paralizin Hand, Trouble
Breathing, CHEST, PAIN, DIZZINES, Artritis


☒ OTHER: REQUESTING PAIN
MEDICATION Ibuprofien Not
Working For ME. I REQUEST PHYSICAL
THERAPY For PAIN IN FINGERS
AND HANDS & WRIST.