Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| PAUL NILES | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 1:23-cv-00972 |
| v. | |
| DAINEL F. MATTUCELLO et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case was administratively terminated.

Date: December 14, 2023                                  MARY C. LOEWENGUTH
                                                         CLERK OF COURT

                                                         By: s/Tatiana
                                                              Deputy Clerk